DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DELFINO GARIBAY-ARROYO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-cr-0085 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STAUTS CONFERENCE HEARING; AND ORDER THEREON |
| v. | |
| DELFINO GARIBAY-ARROYO, | Date : December 10, 2007 Time: 9:00 a.m. |
| Defendant. | Dept : Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for December 3, 2007, may be continued to **December 10, 2007 at 9:00 a.m.**

The continuance sought is at the request of the parties as they are attempting to negotiate a plea.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///
///
///
///
///
///

1  preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(iv).

2  DATED:  November 29, 2007          McGREGOR W. SCOTT
                                       United States Attorney
3

4
                                       /s/ Ian Garriques
5                                      IAN GARRIQUES
                                       Assistant U.S. Attorney
6                                      Attorney for Plaintiff

7

8
   DATED: November 29, 2007            DANIEL J. BRODERICK
9                                      Federal Defender

10

11                                     /s/ Carrie S. Leonetti
                                       CARRIE S. LEONETTI
12                                     Assistant Federal Defender
                                       Attorney for Defendant
13

14

15                          **O R D E R**

16
   IT IS SO ORDERED.
17
   **Dated:   November 30, 2007**          /s/ Anthony W. Ishii
18                                         UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference Hearing            2