IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-cr-0085 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | |
| DELFINO GARIBAY-ARROYO, | Date : January 22, 2008 |
| Defendant. | Time: 9:00 a.m. |
| | Dept : Hon. Anthony W. Ishii |

The Parties have filed the following stipulation:

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for December 10, 2007, may be continued to **January 22, 2008 at 9:00 a.m.**

The continuance sought is at the request of the parties as they are attempting to negotiate a plea.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(iv).

DATED: December 6, 2007         McGREGOR W. SCOTT
                                United States Attorney


                                /s/ Ian Garriques
                                IAN GARRIQUES
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

Stipulation to Continue Status Conference Hearing

| | | |
|---|---|---|
| 1 | DATED: December 6, 2007 | DANIEL J. BRODERICK<br>Federal Defender |

/s/ Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

**Dated:** __December 6, 2007__        __/s/ Anthony W. Ishii__
                                        UNITED STATES DISTRICT JUDGE